Moore Law Firm, P.C.
332 N. Second St.
San Jose, CA 95112-0000
(408) 298-2000 Ref. No. 00159327-02
Attorney For: Plaintiff

United States District Court
Fresno, CA 93721-1318

Plaintiff: RONALD MOORE
Defendant: JAMES CLAYTON WONG, ET AL

Case No.: 1:14-CV-01997-SKO
Proof of Service of Summons

Hearing Date: Time: Dept/Div:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
f. other (specify documents): CIVIL COVER SHEET; SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; ORDER ASSIGNING ACTION TO A SACRAMENTO DISTRICT JUDGE; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS WITH A COPY OF THE FORM "CONSENT TO/DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE"; STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; NOTICE OF STAY PROCEEDINGS & EARLY EVALUATION CONFERENCE (DISABILITY ACCESS LITIGATION);DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE PURSUANT TO CIVIL CODE SECTION 55.54;NOTICE TO DEFENDANT;; ADVISORY NOTICE TO DEFENDANT; IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS; JUDGE OBERTO'S COURTROOM PROCEDURES;JUDGE OBERTO'S TRIAL CONDUCT AND COURTROOM DECORUM;NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION;NOTICE OF MANDATORY EVALUATION CONFERENCE;

3. a. Party Served (specify name of party as shown on documents served):
PHILIP WONG,
as Trustee of THE PHILIP WONG FAMILY REVOCABLE LIVING TRUST dated OCTOBER 14, 1992

4. Address where the party was served: 2013 HOWARD RD.
(Home) MADERA, CA 93637

5. I served the party
b. by substituted service. On (date): December 26, 2014 at (time): 09:44 am I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
SANDY PRESTON, RESIDENT

(2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc. § 415.20). I mailed the documents on:
(date): 12/29/14
from (city): FRESNO, CA

(5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

Moore Law Firm, P.C.
332 N. Second St.
San Jose, CA 95112-0000
(408) 298-2000 Ref. No. 00159327-02
Attorney For: Plaintiff

United States District Court
Fresno, CA 93721-1318

Plaintiff: RONALD MOORE
Defendant: JAMES CLAYTON WONG, ET AL

Case No.: 1:14-CV-01997-SKO
Proof of Service of Summons

Hearing Date: Time: Dept/Div:

7. Person who served papers
   a. Dawn Blanton
      ACTION LEGAL SUPPORT
   b. 5528 North Palm Suite 123
      Fresno, CA 93704
   c. (559) 432-3337

d. The fee for service was: $ 47.87
e. I am
(3). Registered California process server
  (i) independent contractor
  (ii) Registration No. S200614 EXP: 01/23/2016
  (iii) County: Fresno

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/29/14 Signature: ______________________

Jud. Coun. Form, rule 2.150
Judicial Council of California POS-010
[Rev. January 1, 2007]

Moore Law Firm, P.C.
332 N. Second St.
San Jose, CA 95112-0000
(408) 298-2000 Ref. No. 00159327-02
Attorney For: Plaintiff

United States District Court
Fresno, CA 93721-1318

Plaintiff: RONALD MOORE
Defendant: JAMES CLAYTON WONG, ET AL

Case No.: 1:14-CV-01997-SKO
Proof of Service of Summons

Hearing Date: Time: Dept/Div:

DECLARATION REGARDING DILIGENCE

Action Legal Support received the within named process on 12/18/14 and after diligent effort we have not been able to effect personal service on the within named party at the following addressess:

Servee: PHILIP WONG,
as Trustee of THE PHILIP WONG FAMILY REVOCABLE
LIVING TRUST dated OCTOBER 14, 1992

Home: 2013 HOWARD RD.
MADERA, CA 93637

Business: 2101 W. 4th STREET
MADERA, CA 93637

12/22/14 07:01 pm NO ANSWER HOME
12/24/14 02:56 pm NO ANSWER HOME
12/26/14 09:44 am SUBSTITUTED SERVICE ON INDIVIDUAL

7. Person who served papers
   a. Dawn Blanton
      ACTION LEGAL SUPPORT
   b. 5528 North Palm Suite 123
      Fresno, CA 93704
   c. (559) 432-3337

   d. The fee for service was: $ 47.87
   e. I am
   (3). Registered California process server
      (i) independent contractor
      (ii) Registration No. S200614 EXP: 01/23/2016
      (iii) County: Fresno

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/29/14 Signature: ______________________

Jud. Coun. Form, rule 2.150
Judicial Council of California POS-010
[Rev. January 1, 2007]