1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

12    RONALD MOORE,                        )   No.  1:14-cv-01997---SKO
                                          )
13              Plaintiff,                 )   **ORDER DIRECTING CLERK OF**
                                          )   **COURT TO UPDATE DOCKET**
14         vs.                             )
                                          )
15    JAMES CLAYTON WONG, et al.,          )
                                          )
16                                         )
                Defendants.                )
17                                         )
                                          )
18    _____ )

19

20       On January 13, 2015, Plaintiff filed a notice of voluntary dismissal of defendant James

21    Clayton Wong without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

22       In relevant part, Rule 41(a)(1)(A) provides as follows:

23       [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of
         dismissal before the opposing party serves either an answer or a motion for
24       summary judgment; or (ii) a stipulation of dismissal signed by all parties who
         have appeared.
25

26    Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some

27    or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically

28

1  terminates the action as to the defendants who are the subjects of the notice."  *Wilson v. City of*

2  *San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

3      Because Plaintiff filed a notice of dismissal of defendant Wong without prejudice under

4  Rule 41(a)(1)(A)(i), the claims against that defendant have been automatically terminated.

5  Fed. R. Civ. P. 41(a)(1)(A)(i).

6      Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to

7  administratively update the docket to reflect that all claims against defendant James Clayton

8  Wong have been dismissed, and he is terminated from the lawsuit.

9

10  IT IS SO ORDERED.

11   Dated:   **January 15, 2015**              **/s/ Sheila K. Oberto**
12                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28