UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>JAMES CLAYTON WONG, as Trustee of THE JAMES CLAYTON WONG 1983 TRUST, et al.,<br><br>        Defendants. | No.  1:14-cv-01997-SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

On February 17, 2015, Plaintiff filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of*

*San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Because Plaintiff filed a notice of dismissal of before an answer or motion for summary judgment was filed by Defendants, this case has terminated.  Rule 41(a)(1)(A)(i).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to administratively close this case.

IT IS SO ORDERED.

Dated:   **February 19, 2015**                      **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE